UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the Matter of:

Pamela Jean McIntire,　　　　　　　　　　　　Chapter 7
　　　　　　　　　　　　　　　　　　　　　　Case No. 11-41656-tjt
　　　　　　　　　　　　　　　　　　　　　　Honorable Thomas J Tucker

　　　　　Debtor(s).
_____/

## WITHDRAWAL OF TRUSTEE'S REPORT OF NO ASSET

　　　　NOW COMES WENDY TURNER LEWIS, Trustee, requesting a **WITHDRAWAL OF TRUSTEE'S NO-ASSET REPORT** that was filed on April 4, 2011 due to an error in the Chapter 7 Trustee's notes regarding the 341. The 341 Meeting of Creditors WAS NOT HELD and the 341 has been rescheduled for May 5, 2011 @ 10:00 AM.

　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　By: /s/ Wendy Turner Lewis
　　　　　　　　　　　　　　　　　　　　Wendy Turner Lewis (P39505)
　　　　　　　　　　　　　　　　　　　　Chapter 7 Trustee
　　　　　　　　　　　　　　　　　　　　444 West Willis Street, Suite # 101
　　　　　　　　　　　　　　　　　　　　Detroit, Michigan 48201
　　　　　　　　　　　　　　　　　　　　(313) 832-5555
　　　　　　　　　　　　　　　　　　　　trustee@lewistrustee.com

Dated: April 14, 2011